AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Follansbee

v.

Discover Financial Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 99 C 3827

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that All claims against Discover in this Litigation are hereby dismissed on the merits and with prejudice, without leave to plaintiff, the Settlement Class or any Settlement Class members, to amend, alter or reopen this judgment once it is entered, all parties to bear their own costs and attorneys' fees (except as provided in paragraph 9 of the attached order.).

DOCKETED
AUG 1 1 2000

Michael W. Dobbins, Clerk of Court

Date: 8/9/2000

Gladys Lugo, Deputy Clerk